Steven M. Levitan (CA Bar No. 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (CA Bar No. 188454)
Chris.Mammen@wbd-us.com
Aaron D. Johnson (CA Bar No. 261747)
Aaron.Johnson@wbd-us.com
**WOMBLE BOND DICKINSON (US)**
**LLP** 50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900

*Attorneys for Plaintiffs Shopnomix LLC and*
*Pronomix.ai LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOPNOMIX LLC, a Delaware limited liability company and PRONOMIX.AI LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> AD.COM INTERACTIVE MEDIA, INC., a California Corporation, <br><br> Defendant. | **Case No.: 2:25-cv-10802** <br><br> **DECLARATION OF AARON D. JOHNSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AGAINST DEFENDANT AD.COM INTERACTIVE MEDIA, INC.** |

### DECLARATION OF AARON D. JOHNSON

I, Aaron D. Johnson, hereby declare and state that:

1.    I am over 18, have personal knowledge of all the following facts, and if called as a witness, I would competently testify thereto as follows.

2.    I am a partner at the law firm of Womble Bond Dickinson (US) (LLP).

3.    Attached as **Exhibit A** is a true and accurate copy of the webpage at www.AdMedia.com/shopnomix.  The webpage markets "advertising solutions . . . designed to seamlessly connect your brand with high-intent audiences in real time."

1

JOHNSON DEC. ISO APPLICATION FOR TRO

4.    Attached as **Exhibit B** is a true and accurate copy of the webpage at www.AdMedia.com/pronomix.  The webpage markets "programmatic performance platform" services.

5.    Attached as **Exhibit C** are true and accurate copies of the TSDR status reports for three US trademark applications filed by Ad.com Interactive Media, Inc. ("Defendant"):  Application Serial No. 99,187,875 for "SHOPNOMIX" in Class 35; Application Serial No. 99,471,427 for "PRONOMIX" in Class 35; and Application Serial No. 99,471,435 for "PRONOMIX.COM" in Class 35 (the "Trademark Applications").  Defendant claimed in its trademark application for SHOPNOMIX that it is using the mark for "Advertising services," "Digital advertising services," and other related services.  Defendant claimed in its trademark application for PRONOMIX that it is using the mark for "Digital advertising services," "Marketing services rendered using artificial intelligence (AI)," and other related services.

6.    The Trademark Applications each contain statements claiming that Defendant knows of no company using the trademark within the application.

7.    On November 6, 2025, Plaintiffs sent a cease-and-desist letter to counsel for Defendant, identified as follows:

Michelle L. Young
Ad.Com Interactive Media, Inc. 6320
Canoga Ave., Suite 200 Woodland
Hills, CA 91367
michelle@admedia.com

Kameron W. Kramer
Law 4 Small Business of Texas, PLLC
1846 N Loop 1604 W, Suite 205
San Antonio, Texas 78248
kameron@L4SB-TX.com

Each of the above counsel has been variously identified as counsel for Defendant in other proceedings.  Among other items, this letter demanded the immediate

2

cessation of Defendant's infringing behavior.  The letter was sent via both FedEx and email.  Despite the cease-and-desist letter, Defendant's infringement of the SHOPNOMIX and PRONOMIX Marks continues.

8. Attached as **Exhibit D** are true and accurate copies of the Internet Archive's captures of Plaintiffs' Shopnomix.com website from 2023 and 2024. Attached as **Exhibit E** are true and accurate copies of advertising industry articles from 2024 and 2025 describing services sold under the SHOPNOMIX Mark.

9. Defendant's Shopnomix.com domain name redirects traffic to Admedia.com/Shopnomix.

10. On November 10, 2025 at approximately 2:30 p.m., I telephoned the counsel to whom Plaintiffs sent the November 6, 2005 cease-and-desist letter.  I left a voicemail for each, noting that the actions requested in the cease-and-desist letter had not been undertaken, inquiring whether they would be undertaken, and stating that Plaintiffs were prepared to file a Complaint and Application for Temporary Restraining Order.  I have not received any response from either counsel.

11. On November 11, at approximately 8:00 am, I emailed a final draft of Plaintiffs' Complaint, Application for Temporary Restraining Order, Memo of Points and Authorities in Support thereof, and Declaration of Geoffrey Griggs in Support thereof, as well as a near-final draft of this Declaration, to counsel for Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 11, 2025                   _____
                                                 Declarant

3
JOHNSON DEC. ISO APPLICATION FOR TRO