Steven M. Levitan (CA Bar No. 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (CA Bar No. 188454)
Chris.Mammen@wbd-us.com
Aaron D. Johnson (CA Bar No. 261747)
Aaron.Johnson@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900

Attorneys for Plaintiffs *Shopnomix LLC*
*and Pronomix.ai LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOPNOMIX LLC, a Delaware limited liability company and PRONOMIX.AI LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AD.COM INTERACTIVE MEDIA, INC., a California Corporation, <br><br> Defendant. | Case No.:  2:25-cv-10802 <br><br> **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

PLAINTIFFS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiffs identify the following corporate affiliates, subsidiaries and/or parent corporations and publicly-held corporations owning 10% or more of their stock:

**Shopnomix LLC**

NameSpace Strategy Group, LLC

Appnomix LLC

Fannomix LLC

**Pronomix.AI LLC**

NameSpace Strategy Group, LLC

Appnomix LLC

Fannomix LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), and to the extent that diversity jurisdiction is applicable, Plaintiffs state the following individuals or entities' citizenship may be attributed to Plaintiffs:

- Shopnomix LLC is a Delaware LLC whose ultimate beneficial owner is Colin Jeavons, a UK citizen.
- Pronomix.AI LLC is a Delaware LLC whose ultimate beneficial owner is Colin Jeavons, a UK citizen.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs, certifies that the parties listed above, together with their connection and/or interest in the case, may have a pecuniary interest in the outcome of this case.  This representation is made to enable the Court to evaluate possible disqualification or recusal.

1

PLAINTIFFS' RULE 7.1 DISCLOSURE

Respectfully submitted,

Date: November 11, 2025        By:*/s/Christian E. Mammen*
                              Christian E. Mammen

Steven M. Levitan (CA Bar No. 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (CA Bar No. 188454)
Chris.Mammen@wbd-us.com
Aaron D. Johnson (CA Bar No. 261747)
Aaron.Johnson@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900
Fax: 415-433-5530

Attorneys for Plaintiffs
*Shopnomix LLC and Pronomix.ai LLC*

2

PLAINTIFFS' RULE 7.1 DISCLOSURE