UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  2:25-cv-10802-FLA-AGR                                Date: November 20, 2025

Title      Shopnomix LLC et al v. Ad.com Interactive Media Inc.


Present: The Honorable:    Fernando L. Aenlle-Rocha, U.S. District Judge

| Dominique Carr | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Christian E. Mammen
David A. Berkley                                          no appearance made
Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:


**Proceedings:  EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AGAINST DEFENDANT AD.COM INTERACTIVE MEDIA, INC. [4]**

The case is called. Counsel state their appearances. No appearance was made my defense counsel. For the reasons stated on the record, this matter is taken under submission.


| | 00:32 |
|---|---|
| **Initials of Preparer** | DC |