Steven M. Levitan (SBN 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (SBN 188454)
Chris.Mammen@wbd-us.com
Aaron D. Johnson (SBN 261747)
Aaron.Johnson@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2800
San Francisco, CA 94111
Tel.: 415-433-1900

Attorneys for Plaintiffs
SHOPNOMIX, LLC and PRONOMIX.AI LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHOPNOMIX LLC, a Delaware limited liability company and PRONOMIX.AI LLC, a Delaware limited liability company,

Plaintiffs,

v.

AD.COM INTERACTIVE MEDIA, INC., a California Corporation,

Defendant.

---

AD.COM INTERACTIVE MEDIA, INC., a California Corporation,

Counterclaimant,

v.

SHOPNOMIX LLC, a Delaware limited liability company and PRONOMIX.AI LLC, a Delaware limited liability company,

Counterclaim-Defendants.

Case No.: 2:25-cv-10802-FLA-CTSx

**PLAINTIFFS' APPLICATION TO REMOVE INADVERTENTLY FILED DOCUMENTS**

Judge: Hon. Fernando L. Aenlle-Rocha

Complaint Filed: November 11, 2025
Defendant's Counterclaims Filed: December 15, 2025

Trial Date: June 1, 2027

TO THE HONORABLE COURT:

Plaintiffs Shopnomix, LLC ("Shopnomix") and Pronimix.AI LLC ("Pronomix") (collectively, "Plaintiffs"), by and through their attorneys, hereby respectfully apply for an order removing Dkt. Nos. 91-2, 91-3, 91-5, and 91-9 from public access on the docket.

This application is based on the following:

On August 28, 2026, Dkt. Nos. 91-2, 91-3, 91-5, and 91-9 were filed in connection with Plaintiffs' Application for Leave to File Under Seal Pursuant to L.R. 79-5.2.2. Due to a clerical error, these documents were inadvertently filed without the intended redactions. The documents contain sensitive information that was intended to be redacted prior to filing and not made publicly available.

Upon discovering the error, counsel promptly took steps to address the inadvertent filing and contacted the Court seeking temporary restriction of public access to the affected docket entries.

Good cause exists to remove Dkt. Nos. 91-2, 91-3, 91-5, and 91-9 from public view because the filing of the unredacted documents was inadvertent and the requested relief is narrowly tailored to protect sensitive information while permitting the filing of properly redacted versions.

The correctly filed unredacted documents were filed under seal on August 28, 2026, as exhibits to Plaintiffs' Sealed Declaration in Support of the Application, Dkt. Nos. 92-1, 92-2, 92-3, and 92-4. The corresponding redacted versions were also filed publicly on August 28, 2026, as exhibits to Plaintiff's Motion for an Order to Show Cause Why Danny Bibi and Defendants Should Not Be Held in Contempt. (See Dkt. Nos. 90-1, 90-2, 90-4, and 90-8.)

Accordingly, Plaintiffs respectfully request that the Court:

1. Remove Dkt. Nos. 91-2, 91-3, 91-5, and 91-9 from public access on the docket;
2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: August 31, 2026 *By: /s/Christian E. Mammen*

Christian E. Mammen

Steven M. Levitan (SBN 148716)
Christian E. Mammen (SBN 188454)
Aaron D. Johnson (SBN 261747)
**WOMBLE BOND DICKINSON (US) LLP**

Attorneys for Plaintiffs
Shopnomix, LLC and Pronomix.AI LLC