UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHOPNOMIX LLC, et al.,

Plaintiffs,

v.

AD.COM INTERACTIVE MEDIA INC.,

Defendant.

Case No. 2:25-cv-10802-FLA (CTSx)

**ORDER APPROVING STIPULATION AND REQUEST TO MODIFY CASE SCHEDULE AS MODIFIED [DKT. 120]**

On October 23, 2026, the parties filed a Stipulation and Request to Modify Case Schedule ("Stipulation"). Dkt. 120.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation as modified and CONTINUES the following dates and deadlines:

| **Trial and Final Pretrial Conference Dates** | **New Date** |
|---|---|
| Trial | 9/7/2027 at 8:15 a.m. |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* | 8/20/2027 at 1:30 p.m. |
| **Event**<br>Note: Hearings shall be on Fridays at 1:30 p.m. | **New Date** |
| Fact Discovery Cut-Off [Friday] | 1/22/2027 |
| Expert Disclosure (Initial) | 2/3/2027 |
| Expert Disclosure (Rebuttal) | 3/12/2027 |
| Expert Discovery Cut-Off | 4/2/2027 |
| Last Date to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 5/28/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 7/2/2027 |
| Trial Filings (first round)<br>• Motions *in Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 7/23/2027 |
| Trial Filings (second round)<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed *Voir Dire* Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 8/6/2027 |

IT IS SO ORDERED.

Dated: November 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge